IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00401-RPM

UNITED STATES OF AMERICA FOR THE USE OF LEGACY ENVIRONMENTAL COMPLIANCE, INC.,

    Plaintiff,

v.

MULLETT EXCAVATING, LLC; SILVER EAGLE CONSTRUCTION COMPANY, LLC; FSA & JKC JOINT VENTURE ONE, LLC and LIBERTY MUTUAL INSURANCE COMPANY

    Defendants.

_____

ORDER GRANTING MOTION TO DISMISS
_____

UPON CONSIDERATION of Plaintiff's Fed. R. Civ. P. 41(a)(1)(A)(i) Motion to Dismiss and the Court being fully advised in the premises:

IT IS HEREBY FOUND that the Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) has been properly filed and that no defendant has entered an appearance, filed an answer or motion for summary judgment;

IT IS HEREBY ORDERED that the Motion is GRANTED and the current action is dismissed without prejudice.

DONE AND SIGNED this 27th day of April, 2015.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge